ACCEPTED
04-14-00886-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/17/2015 10:42:50 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00886-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/17/2015 10:42:50 AM
KEITH E. HOTTLE
Clerk

CITY OF SAN ANTONIO,

APPELLANT,

V.

HAYS STREET BRIDGE RESTORATON GROUP

APPELLEE

## JOINT MOTION TO ABATE

TO THE HONORABLE JUSTICES OF THE COURT:

Appellant and Appellee file this joint motion to abate the appeal of this case for ninety (90) days and for cause, state as follows:

**I.**

Pursuant to this Court's Order of February 9, 2015, the parties to this appeal conducted a mediation on March 30, 2015. The parties did not settle their dispute at the mediation, but the parties wish to continue their discussions to determine if a resolution is possible. It is anticipated that the parties may need ninety (90) days to make this determination.

-1-

## PRAYER

For these reasons, the parties pray that this appeal be abated or stayed for 90 days and for such other relief to which they may be entitled.

Respectfully submitted,

CITY OF SAN ANTONIO
Deborah Lynne Klein, Attorney IV
State Bar No. 11556750
Office of the City Attorney
Litigation Division
111 Soledad Street, 10th Floor
San Antonio, TX  78205
(210) 207-8919 – Phone
(210) 207-4357 – Fax
deborah.klein@sanantonio.gov

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX  78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com

/s/Dan Pozza
State Bar No. 16224800
ATTORNEYS FOR APPELLANT

/s/Amy Kastely
State Bar No. 24006638
Attorney at Law
233 Lotus Avenue
San Antonio, TX  78210
(210) 216-3241 – Phone
(210) 436-3559 – Fax
amykastely@fastmail.fm
ATTORNEY FOR APPELLEE
